UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ 5th Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Francisco Americo Rivas     JOINT DEBTOR: _____     CASE NO.: 12-21406-AJC
Last Four Digits of SS# xxx-xx-4974    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **0** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ 2,036.11 for months 1 to 60 ; Beginning June 8, 2012
B. $ _____ for months ___ to ___ ;
C. $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00 Base Fee plus three motions to value @ 750.00 for a total fee of $5,750.00     TOTAL PAID $ 1,494.00

Balance Due $ 4,256.00   payable $ 851.20   /month (Months 1 to 5)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____
   Address: _____   Arrearage on Petition Date $ 0.00
   Account No: _____   Arrears Payment $ _____ /month (Months 0 to 0)
   Regular Payment $ _____ /month (Months 0 to 0)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Homeq Servicing POB 13716; Sacramento, CA 95853-3716 Account No: xxxxx8453 | 16455 NW 22nd. Avenue Miami Gardens. FL 33054 Folio # 34-2115-003-4310 $ 27,917.75 | 5.25% | $ 439.50 538.28 | 1 To 5 6 To 60 | 31,802.76 |
| NationStar Mortgage POB 650783; Dallas, TX 75265-0783 Account No: xxxxxx 2503 | 16415 NW 22nd. Avenue Miami Gardens. Fl, 33054 Folio # 34-2115-003-4270 $ 43,000.00 | 5.25% | $ 541.80 841.36 | 1 To 5 6 To 60 | 48,983.84 |

LF-31 (rev. 01/08/10)
Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Ocwen Loan Servicing<br>12650 Ingenuity Drvie;<br>Orlando, FL 32826<br>Account No: xxxxxx 3607 | 16455 NW 22nd. Avenue<br>Miami Gardens. FL 33054<br>Folio # 34-2115-003-4310<br>27,917.75 | 0 | 0.00 | 0.00 | 0.00 |
| PPTS 1, LLC.<br>POB 5822; New York, NY 10087-5822<br>xx-xxxx-xx-x7318 | 16455 NW 22nd. Avenue<br>Miami Gardens. FL 33054<br>Folio # 34-2115-003-4310<br>$13,172.41 | 18.00% | 364.91 | 6 To 60 | 20,069.54 |
| Certa Group Corp.,<br>2720 Coral Way, Miami, FL 33145<br>xx-xxxx-xx-x2264 | 16455 NW 22nd. Avenue<br>Miami Gardens. FL 33054<br>Folio # 34-2115-003-4310<br>$1,909.84 | 8.25% | 42.49 | 6 To 60 | 2,337.21 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____ Total Due $ _____
   Payable $ _____ /month    (Months 6 to 60)   Regular Payment $ _____ N/A

Unsecured Creditors: Pay $ **45.46** /month (Months **6** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**The debtor(s) will provide copies of his/her income tax returns to the Chapter 13 Trustee on or before May 15 during the pendency of the plan. The debtors will amend Schedule I and J and modify the plan if necessary.**

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
-NONE-

**Assumed Contracts and/or Leases**
Gladis Sulbaran          Lesee on signed 11/01/2011 expires 10/30/2012 A one year lease agreement

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Francisco Americo Rivas
**Francisco Americo Rivas**
Debtor

Date:   August 30, 2012