UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                    Case No.: 12-21406-BKC-AJC
                                                          Chapter 13

FRANCISCO AMERICO RIVAS,

    Debtor(s).
_____/

### MOTION TO COMPEL CREDITOR TO TURNOVER FUNDS AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

COMES NOW, Nancy K. Neidich, Standing Chapter 13 Trustee, by and through the undersigned counsel, and moves this Honorable Court to compel FIA Card Services, N.A. to turnover **$1,299.43** to the Trustee and as grounds therefore states:

1. FIA Card Services, N.A. ("Creditor") filed their proof of claim number 1.

2. On or about October 3, 2017, the Trustee sent a letter to the Creditor via certified mail requesting $1,299.43 be turned over to the Trustee. *See* Exhibit A – Trustee's letter and USPS certified tracking confirmation.

3. The Trustee requests the Court enter an order directing the Creditor to turnover $1,299.43 to the Trustee.

WHEREFORE, for the above stated reasons, the Trustee respectfully requests this Honorable Court enter an order compelling the Creditor to return the $1,299.43 overpayment to the Trustee and for any further relief as may be deemed just and proper.

                                      NANCY K. NEIDICH
                                      Standing Chapter 13 Trustee
                                      By: /s/ _____
                                      Jose Miceli, Esq.
                                      Staff Attorney
                                      (954) 443-4402
                                      Florida Bar No. 0077539

P.O. BOX 279806
MIRAMAR, FL 33027

## CERTIFICATE OF SERVICE

I CERTIFY that the forgoing has been served by CMECF notices of electronic filing upon the Counsel for the Debtor(s) on  JANUARY 30, 2018  and:

**By First Class U.S. Mail to:**

Bank of America, N.A. (USA)
and MBNA America Bank, N.A.
PO Box 15102
Wilmington, DE 19886-5102

Bank of America N.A.
c/o C T Corporation System, Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

By Certified Mail:
Bank of America N.A.
Attn: Brian T. Moynihan, CEO
100 North Tryon Street
Charlotte, NC 28202
Certified Mail No. 7015 3010 0000 8644 2328

7015 3010 0000 8644 2328

NANCY K. NEIDICH,
Standing Chapter 13 Trustee

By: /s/ _Jose Miceli_
Josè Miceli, Esq.
Staff Attorney
(954) 443-4402
Florida Bar No. 0077539
P.O. BOX 279806
MIRAMAR, FL 33027

2

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove X

**Tracking Number:** 70160910000192046631

**Expected Delivery on**

# FRIDAY
# 6 OCTOBER 2017 ⓘ

by **8:00pm** ⓘ

## ✓ Delivered

October 6, 2017 at 12:56 pm
Delivered
WILMINGTON, DE 19886

---

Tracking History  ⌄

---

Product Information  ⌄

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment. app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo

(https://www.usps.com/)

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us (https://www.usps.com/help/welcome.htm) | About USPS Home (http://about.usps.com/) | Business Customer Gateway (https://gateway.usps.com/) | Privacy Policy (http://about.usps.com/who-we-are/privacy-policy/privacy-policy-highlights.htm) |
| Site Index (https://www.usps.com/globals/site-index.htm) | Newsroom (http://about.usps.com/news/welcome.htm) | Postal Inspectors (https://postalinspectors.uspis.gov/) | |
| FAQs (http://faq.usps.com/) | USPS Service Updates (http://about.usps.com/news/service-alerts/welcome.htm) | Inspector General (http://www.uspsoig.gov/) | Terms of Use (http://about.usps.com/termsofuse.htm) |
| | Forms & Publications (http://about.usps.com/forms-publications/welcome.htm) | Postal Explorer (http://pe.usps.gov/) | FOIA (http://about.usps.com/who-we-are/foia/welcome.htm) |
| | Government Services (https://www.usps.com/gov-services/gov-services.htm) | National Postal Museum (http://www.postalmuseum.si.edu/) | No FEAR Act EEO Data (http://about.usps.com/who-we-are/no-fear-act/welcome.htm) |
| | Careers (http://about.usps.com/careers/welcome.htm) | Resources for Developers (https://www.usps.com/webtools/welcome.htm) | |

Copyright © 2018 USPS. All Rights Reserved.

 (https://www.facebook.com/USPS?rf=108501355848630)

 (https://twitter.com/usps)    (http://www.pinterest.com/uspsstamps/)

 (https://www.youtube.com/usps)

# OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
SOUTHERN DISTRICT OF FLORIDA

NANCY K. NEIDICH, TRUSTEE<br>
P.O. Box 279806<br>
Miramar, Florida 33027<br>
(954) 443-4402<br>
Facsimile: (954) 443-4452

October 3, 2017

**VIA CERTIFIED MAIL #7016 0910 0001 9204 6631**
FIA Card Services, NA
PO Box 15102
Wilmington, DE 19886-5102

**RE:  Francisco Americo Rivas**
    **Case No.: 12-21406-AJC**

Dear FIA Card Services, NA:

In connection with an audit of the above-referenced Chapter 13 file, I have found that this office inadvertently disbursed to your company an over disbursement of **$1,299.43. Therefore, the over-disbursement of $1,299.43 must be returned to this office.  Please mail the refund check to Nancy K. Neidich Trustee, PO Box 278783, Miramar, FL  33027-8783.**

| ACCOUNT NO: | OVERPAYMENT AMOUNT: |
|:---:|:---:|
| **7989** | **$1,299.43** |

Please remit **$1,299.43** to the Trustee's office within twenty (20) days of this notice. This will allow us to properly administer the case and provide that all creditors receive the proper amount.

Thank you for your anticipated cooperation. If you have any questions, please contact this office.

Sincerely,
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE


Nancy K. Neidich, Trustee
Re: Clerk Cl #1 TT Cl #40